# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 137 WAL 2018

           Petitioner :

                       : Petition for Allowance of Appeal from
                       : the Order of the Superior Court

        v. :

CALVIN MALLORY, JR., :

           Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of August, 2018, the Petition for Allowance of Appeal is **DENIED**.